# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID LEVOYD REED,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MONICA TRUJILLO, DISTRICT
JUDGE,
Respondents,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 82795

FILED

MAY 07 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION
## FOR A WRIT OF MANDAMUS

In this original pro se petition for a pretrial writ of mandamus, David Levoyd Reed seeks a writ directing the district court to dismiss case no. C-18-329762-1 or, in the alternative, to order him remanded into custody at the Clark County Detention Center.

This court has discretion as to whether to entertain a petition for extraordinary relief and will not do so when the petitioner has a plain, speedy, and adequate remedy at law. NRS 34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004). Petitioner bears the burden of demonstrating that extraordinary relief is warranted. *Pan*, 120 Nev. at 228, 88 P.3d at 844.

Here, Reed raises several claims—including challenging the State's failure to transport him for various hearings and asserting that his counsel was ineffective. We conclude that Reed has an adequate remedy at

21-13169

law by way of direct appeal from any judgment of conviction.  NRS 177.015(3); NRS 177.045.  Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.          _____, J.
Parraguirre                                    Cadish

cc:     Hon. Monica Trujillo, District Judge
        David Levoyd Reed
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk